■ JOHN H. MAASS v. FREDERICK M. MAYER.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ MARGARET SCHWARTZ et al., as Executrices of DAVID BLOOM, Deceased, v. DENNETT REFRIGERATION EQUIPMENT CO., INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. REGALLO ORTIZ LOPEZ.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL KITCHMAN.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of MARTIN W. KRAMER, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of EARLTON ESTATES, INC., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of SAMUEL SCHNEIDER, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of CHARLES TOMASINO, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of DORA FINKELSTEIN, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ WILLIAM A. CAMPBELL et al., Respondents-Appellants, v. HUDSON & MANHATTAN RAILROAD COMPANY, Appellant-Respondent, et al., Defendant. — Motion to dismiss appeal and cross appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

## (September 25, 1956)

■ BEACON COMMERCIAL CORPORATION, Respondent, v. U. S. COLD STORAGE WAREHOUSE, INC., Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ In the Matter of the Arbitration between CARLTON MANUFACTURING COMPANY, Respondent, and DEERING, MILLIKEN & CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ THOMAS J. BATA et al., as Executors of MARY T. BATA, Respondents, v. JAN A. BATA, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. This affirmance is without prejudice to the defendant making an appropriate motion for reinstatement of the bond in a higher amount when he satisfies all the obligations imposed upon him by the earlier adjudication of contempt. Concur — Breitel, J. P., Botein, Rabin and Cox, JJ.